# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

COMMON CAUSE; LEAGUE OF WOMEN VOTERS OF GEORGIA; DR. URSULA THOMAS; JASMINE BOWLES; DR. H. BENJAMIN WILLIAMS,

*Plaintiffs*,

v.

BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia; JOHN KENNEDY, in his official capacity as Chair of the Georgia Senate Committee on Reapportionment and Redistricting; BONNIE RICH, in her official capacity as Chair of the Georgia House Committee on Legislative and Congressional Reapportionment,

*Defendants*.

Civil Action
Case No. _____

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS

(1) The undersigned counsel of record for Plaintiffs to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

(a) Plaintiff Common Cause.

(b) Plaintiff League of Women Voters of Georgia (the "League"); Parent: League of Women Voters of the United States.

(c) Plaintiff Dr. Ursula Thomas.

(d) Plaintiff Jasmine Bowles.

(e) Plaintiff Dr. H. Benjamin Williams.

(f) Defendant Brad Raffensperger, in his official capacity as the Secretary of State of Georgia.

(g) Defendant John Kennedy, in his official capacity as Chair of the Senate Committee on Reapportionment and Redistricting.

(h) Defendant Bonnie Rich, in her official capacity as Chair of the House Committee on Legislative and Congressional Reapportionment.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

(a) The parties;

(b) League of Women Voters of Atlanta-Fulton County;

(c) League of Women Voters of Marietta-Cobb County;

(d) League of Women Voters of Rome-Floyd County;

(e) Dechert LLP; and

(f) The Southern Poverty Law Center.

Additionally, this litigation could substantially affect the rights of any Georgia voters who will vote in future Georgia elections who are, or will be, negatively

impacted by the Georgia congressional redistricting plan being challenged in this matter.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiffs Common Cause, League of Women Voters of Georgia, Dr. Ursula Thomas, Jasmine Bowles, Dr. H. Benjamin Williams:

Jack Genberg and Pichaya Poy Winichakul (Southern Poverty Law Center). Neil Steiner, Hartley M.K. West, Sharon Turret, and Kyle DeCamp (Dechert LLP).

| | |
|---|---|
| Dated this 7th day of January 2022. | Respectfully submitted,<br><br>*/s/ Jack Genberg*<br>Jack Genberg (Ga. Bar 144076)<br>jack.genberg@splcenter.org<br>Pichaya Poy Winichakul (Ga. Bar 246858)<br>poy.winichakul@splcenter.org<br>SOUTHERN POVERTY LAW CENTER<br>P.O. Box 1287<br>Decatur, GA 30031-1287<br>Telephone: (404) 521-6700<br>Facsimile: (404) 221-5857<br><br>Neil Steiner*<br>neil.steiner@dechert.com<br>Sharon Turret*<br>sharon.turret@dechert.com<br>DECHERT LLP<br>Three Bryant Park, 1095 Avenue of the Americas<br>New York, NY 10036-6797 |

Telephone: (212) 698-3500
Facsimile: (212) 698-3599


Hartley M.K. West*
hartley.west@dechert.com
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, CA 94104-4446
Telephone: (415) 262-4500
Facsimile: (415) 262-4555


Kyle DeCamp*
kyle.decamp@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2032
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

*Attorneys for Plaintiffs*
*Pro Hac Vice Forthcoming

4

5

## CERTIFICATE OF COMPLIANCE AND OF SERVICE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS** has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(c), and that I provided notice and copy of the foregoing using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

*/s/ Jack Genberg*
Jack Genberg (Ga. Bar 144076)