IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COMMON CAUSE, et al., | Case No. 1:22-cv-0090-SCJ |
| Plaintiffs, | 1. <u>Requesting Judge</u> |
| v. | Hon. Steve C. Jones |
| BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, et. al., | 2. <u>District Judge</u><br>Hon. Steven D. Grimberg |
| Defendants. | 3. <u>Circuit Judge</u><br>Hon. Elizabeth L. Branch |

## DESIGNATION OF THREE-JUDGE COURT
[28 U.S.C. § 2284]

Judge Steve C. Jones has notified me that this action is one required by Act of Congress to be heard by a district court of three judges. I hereby designate District Judge Steven D. Grimberg and Circuit Judge Elizabeth L. Branch to serve with the requesting judge, Judge Jones, as members of the three-judge court to hear and decide the action.

This designation is not a prejudgment as to whether this action should be heard by a three-judge court. Federal law requires the chief circuit judge to designate a three-judge panel upon the filing of a request for such a panel. 28 U.S.C. § 2284(b)(1). "[T]he chief judge's duty is solely ministerial. . . . The three-judge court itself, of course, may subsequently determine that it should not have

been constituted." *Merced Rosa v. Herrero*, 423 F.2d 591, 593 n.2 (1st Cir. 1970). The parties will have the opportunity to brief and argue all questions before the three-judge court as the court concludes is appropriate.

Dated this 10th day of January, 2022.

*/s/ William H. Pryor Jr.*

William H. Pryor Jr.
Chief Judge, United States Court of
Appeals for the Eleventh Circuit