# EXHIBIT A

# 2022 State Elections & Voter Registration Calendar

| Elections | Voter Registration Deadline | Election Date |
|---|---|---|
| Special Election Date | February 14, 2022 | March 15, 2022 |
| Special Election Runoff Date | February 14, 2022 | April 12, 2022 |
| General Primary Election, Nonpartisan General Election and Special Election Date | April 25, 2022 | May 24, 2022 |
| General Primary Election, Nonpartisan General Election and Special Election Runoff Date | April 25, 2022 | June 21, 2022 |
| General Primary Election Runoff Date for Federal Races | May 23, 2022 | June 21, 2022 |
| General Election/Special Election Date | October 11, 2022* | November 8, 2022 |
| General Election/Special Election Runoff Date | October 11, 2022* | December 6, 2022 |
| General Election Runoff Date for Federal Races | November 7, 2022 | December 6, 2022 |

**Key Dates**

| | |
|---|---|
| **January 1, 2022** | Earliest day to file and publish a notice of intention to be a write-in candidate in the General Election. O.C.G.A. § 21-2-133(a) |
| **January 13, 2022** | Earliest day to circulate nomination petition for General Election for Independent/Political Body Candidates O.C.G.A. § 21-2-170(e) |
| **February 1, 2022** | Last day to fix and publish qualifying fees for offices to be filled during the 2022 Election Cycle. O.C.G.A. § 21-2-131(a)(1)(A) |
| **February 14, 2022** | Last day for a person to register and be eligible to vote in the March Special Election and Runoff Election. O.C.G.A. § 21-2-224 |
| **February 21, 2022** | Earliest day for a registrar to mail an absentee ballot for the March Special Election O.C.G.A. § 21-2-384(a)(2) |
| **February 21, 2022** | Advanced (Absentee In-Person) Voting begins for the March Special Election. O.C.G.A. § 21-2-385(d)(1)(A) |
| **February 26, 2022** | Mandatory Saturday Voting for the March Special Election O.C.G.A. § 21-2-385(d) |
| **February 27, 2022** | Optional Sunday Voting for the March Special Election O.C.G.A. § 21-2-385(d) |
| **March 4, 2022** | Last day to submit absentee ballot application for the March Special Election O.C.G.A. 21-2-381(a)(1)(A) |
| **March 5, 2022** | Mandatory Saturday Voting for the March Special Election O.C.G.A. § 21-2-385(d) |
| **March 6, 2022** | Optional Sunday Voting for the March Special Election O.C.G.A. § 21-2-385(d) |

| **March 7, 2022** | Earliest day to apply for an absentee ballot for the May General Primary Election O.C.G.A. 21-2-381(a)(1)(A) |
|---|---|
| **March 7, 2022 9:00 A.M.** | Earliest day to qualify for Primary/Nonpartisan and Independent/Political Body Candidates for November General Election. O.C.G.A. § 21-2-153(c)(1)(A) |
| **March 11, 2022 12:00 Noon** | Last day to qualify for Primary/Nonpartisan and Independent/Political Body Candidates for November General Election. O.C.G.A. § 21-2-153(c)(1)(A) |
| **March 18, 2022** | Last day to file and publish a notice of intention to be a Non-Partisan Write-In Candidate. O.C.G.A. § 21-2-133(a) |
| **March 23, 2022** | Last day to file affidavit stating the notice of intention to be a Non-Partisan Write-In Candidate has been published in accordance with O.C.G.A. § 21-2-133(b) |
| **April 1, 2022** | Last day to submit absentee ballot application for the April Special Election Runoff O.C.G.A. 21-2-381(a)(1)(A) |
| **April 5, 2022** | Earliest day for a registrar to mail an absentee ballot for the General Primary/Non-Partisan/Special Election O.C.G.A. § 21-2-384(a)(2) |
| **April 25, 2022** | Last day for a person to register and be eligible to vote in the General Primary/Non-Partisan/Special Election and Runoff Election. O.C.G.A. § 21-2-224 |
| **May 2, 2022** | Advanced (Absentee In-Person) Voting begins for the General Primary/Non-Partisan/Special Election. O.C.G.A. § 21-2-385(d)(1)(A) |
| **May 7, 2022** | Mandatory Saturday Voting for the General Primary/Non-Partisan/Special Election O.C.G.A. § 21-2-385(d) |
| **May 8, 2022** | Optional Sunday Voting for the General Primary/Non-Partisan/Special Election O.C.G.A. § 21-2-385(d) |
| **May 13, 2022** | Last day to submit absentee ballot application for the May General Primary Election O.C.G.A. 21-2-381(a)(1)(A) |
| **May 14, 2022** | Mandatory Saturday Voting for the General Primary/Non-Partisan/Special Election O.C.G.A. § 21-2-385(d) |
| **May 15, 2022** | Optional Sunday Voting for the General Primary/Non-Partisan/Special Election O.C.G.A. § 21-2-385(d) |
| **May 23, 2022** | Last day for a person to register and be eligible to vote in the General Primary Runoff for Federal Races. |
| **June 10, 2022** | Last day to submit absentee ballot application for the June General Primary Runoff O.C.G.A. 21-2-381(a)(1)(A) |
| **June 13, 2022** | Advanced (Absentee In-Person) Voting for the General Primary/Non-Partisan/Special Runoff Election must begin no later than this date. O.C.G.A. § 21-2-385(d)(1)(B) |
| **June 27, 2022 9:00 AM** | Earliest day for an Independent or a Political Body Candidate to file their Nomination Petition to have his/her name placed on the General Election Ballot. O.C.G.A. § 21-2-132(e) |
| **July 12, 2022 12:00 Noon** | Last day for an Independent or a Political Body Candidate to file their Nomination Petition to have his/her name placed on the General Election Ballot. O.C.G.A. § 21-2-132(e) |
| **August 22, 2022** | Earliest day to apply for an absentee ballot for November General Election O.C.G.A. § 21-2-381(a)(1)(A) |
| **September 6, 2022** | Last day to file the notice of intention to be a write-in candidate and have notice published in accordance with O.C.G.A. § 21-2-133(a) |
| **September 11, 2022** | Last day to file affidavit stating the notice of intention to be a Write-In Candidate has been published in accordance with O.C.G.A. § 21-2-133(b) |
| **September 20, 2022** | Earliest day for a registrar to mail an absentee ballot for the November General/Special Election O.C.G.A. § 21-2-384(a)(2) |
| **October 11, 2022** | Last day for a person to register and be eligible to vote in the November General Election and Runoff Election. O.C.G.A. § 21-2-224(a) **October 10th is a State Holiday** |

| | |
|---|---|
| **October 17, 2022** | Advanced (Absentee In-Person) Voting begins for the November General Election. O.C.G.A. § 21-2-385(d)(1) |
| **October 22, 2022** | Mandatory Saturday Voting for the November General Election O.C.G.A. § 21-2-385(d)(1) |
| **October 23, 2022** | Optional Sunday Voting for the November General Election O.C.G.A. § 21-2-385(d)(1) |
| **October 28, 2022** | Last day to submit absentee ballot application for the November General Election O.C.G.A. 21-2-381(a)(1)(A) |
| **October 29, 2022** | Mandatory Saturday Voting for the November General Election O.C.G.A. § 21-2-385(d)(1) |
| **October 30, 2022** | Optional Sunday Voting for the November General Election O.C.G.A. § 21-2-385(d)(1) |
| **November 7, 2022** | Last day for a person to register and be eligible to vote in the General Election Runoff for Federal Races. |
| **As soon as possible** | Absentee ballots shall be mailed out as soon as possible prior to the General Election Runoff for Local and State Offices. O.C.G.A. § 21-2-384 (a) - Advanced (In-Person) Voting begins for the General Election Runoff for Local and State Offices. O.C.G.A. § 21-2-385 (d)(1) |

*O.C.G.A. § 21-2-14.  When the last day for the exercise of any privilege or discharge of any duty prescribed or required by this chapter shall fall on a Saturday, Sunday, or legal holiday, the next succeeding business day shall be the last day for the exercise of such privilege or the discharge of such duty.