# EXHIBIT B



## The Office of Secretary of State

*Brad Raffensperger*
SECRETARY OF STATE

December 29, 2021

*Blake Evans*
Elections Director

Dear County Election Directors and Registrars,

This letter is to inform you that all redistricting changes should be made in the voter registration system (ElectioNet) no later than February 18, 2022. This includes updating voter records in ElectionNet to reflect new redistricted maps and ensuring all voters are in correct districts. All changes need to be made by this deadline for qualifying to occur the week of March 7, 2022.

To ensure you can meet the February 18th deadline, we recommend that you do the following if you have not already:

- Coordinate with your local county commissioners, school board members, and other appropriate local board members to encourage those entities to have any proposed district changes to the General Assembly by January 10, 2022, which is the first day of session.
    - If you have trouble gathering county district information from your county boards, then please contact the Legislative and Congressional Reapportionment Office at 404-656-5063.
- Coordinate with your attorney about any local laws or charters that could affect your redistricting timeline.
- Coordinate with our Elections Division if you have questions about how to use the Redistricting Module in the voter registration system.

Again, it is very important that you have all changes made in the voter registration system no later than February 18, 2022. Failure to do so will cause difficulty with qualifying and other election preparation for the May 24, 2022 Primary.

Sincerely,

Blake Evans
Elections Director