IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COMMON CAUSE; LEAGUE OF WOMEN VOTERS OF GEORGIA; DR. URSULA THOMAS; JASMINE BOWLES; DR. H. BENJAMIN WILLIAMS,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia; JOHN KENNEDY, in his official capacity as Chair of the Georgia Senate Committee on Reapportionment and Redistricting; BONNIE RICH, in her official capacity as Chair of the Georgia House Committee on Legislative and Congressional Reapportionment,<br><br>    *Defendant*. | CIVIL ACTION FILE NO.<br><br>1:21-CV-00090-SCJ-SDG-ELB |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Bryan P. Tyson, of the law firm Taylor English Duma LLP, 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339, and hereby enters his appearance as counsel for Defendants Brad Raffensperger, in his official capacity as Secretary of State of Georgia; John Kennedy, in his official capacity as Chair of the Georgia Senate Committee on

Reapportionment and Redistricting; and Bonnie Rich, in her official capacity as Chair of the Georgia House Committee on Legislative and Congressional Reapportionment. Copies of all further pleadings, orders, and notices should be sent to him at the address below.

This 11th day of January, 2022.

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
770.434.6868 (telephone)

*Attorney for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing Notice of Appearance of Counsel has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ Bryan P. Tyson
Bryan P. Tyson