IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COMMON CAUSE, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION NO.<br>) 1:22-CV-0090-SCJ<br>) |
| BRAD RAFFENSPERGER, *et al.*, | )<br>) |
| Defendants. | ) |

## **NOTICE OF APPEARANCE**

COMES NOW Charlene S. McGowan, Assistant Attorney General, and hereby makes an entry of appearance in the above-styled action on behalf of Defendant Brad Raffensperger, Georgia Secretary of State. Please direct all further pleadings, notices, orders, and other matters to her at the following:

>Office of the Attorney General
>40 Capitol Square, SW
>Atlanta, Georgia 30334
>Telephone: (404) 458-3658
>E-Mail: cmcgowan@law.ga.gov

Respectfully submitted, this 13th day of January, 2022.

1

/s/ *Charlene S. McGowan*
CHARLENE S. MCGOWAN 697316
Assistant Attorney General

Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
cmcgowan@law.ga.gov
Tel: 404-458-3658
Fax: 404-651-9325

*Counsel for Defendant Raffensperger*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been formatted using Times New Roman font in 14-point type in compliance with Local Rule 7.1(D).

*/s/Charlene S. McGowan*
Charlene S. McGowan
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record via electronic notification.

Dated: January 13, 2022.

*/s/ Charlene S. McGowan*
Charlene S. McGowan
Assistant Attorney General