IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COMMON CAUSE; LEAGUE OF WOMEN VOTERS OF GEORGIA; DR. URSULA THOMAS; JASMINE BOWLES; DR. H. BENJAMIN WILLIAMS,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia; JOHN KENNEDY, in his official capacity as Chair of the Georgia Senate Committee on Reapportionment and Redistricting; BONNIE RICH, in her official capacity as Chair of the Georgia House Committee on Legislative and Congressional Reapportionment,<br><br>    *Defendant*. | CIVIL ACTION FILE NO.<br><br>1:22-CV-00090-SCJ-SDG-ELB |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Loree Anne Paradise, of the law firm Taylor English Duma LLP, 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339, and hereby enters her appearance as counsel for Defendant Brad Raffensperger, in his official capacity as Secretary of State of Georgia. Copies of all further pleadings, orders, and notices should be sent to her at the address below.

This 20th day of January, 2022.

                                        */s/ Loree Anne Paradise*
                                        Loree Anne Paradise
                                        Georgia Bar No. 382202
                                        lparadise@taylorenglish.com
                                        TAYLOR ENGLISH DUMA LLP
                                        1600 Parkwood Circle, Suite 200
                                        Atlanta, GA 30339
                                        Telephone: (404) 640-5910

                                        *Attorney for Defendant*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing Notice of Appearance of Counsel has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Loree Anne Paradise*
Loree Anne Paradise
