IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COMMON CAUSE; LEAGUE OF WOMEN VOTERS OF GEORGIA; DR. URSULA THOMAS; JASMINE BOWLES; DR. H. BENJAMIN WILLIAMS,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia; JOHN KENNEDY, in his official capacity as Chair of the Georgia Senate Committee on Reapportionment and Redistricting; BONNIE RICH, in her official capacity as Chair of the Georgia House Committee on Legislative and Congressional Reapportionment,<br><br>    *Defendant*. | CIVIL ACTION FILE NO.<br><br>1:22-CV-00090-SCJ-SDG-ELB |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Frank B. Strickland, of the law firm Taylor English Duma LLP, 1600 Parkwood Circle, Suite 200, Atlanta, GA  30339, and hereby enters his appearance as counsel for Defendant Brad Raffensperger, in his official capacity as Secretary of State of Georgia. Copies of all further pleadings, orders, and notices should be sent to him at the address below.

This 20th day of January, 2022.

>*/s/ Frank B. Strickland*
>Frank B. Strickland
>Georgia Bar No. 678600
>fstrickland@taylorenglish.com
>TAYLOR ENGLISH DUMA LLP
>1600 Parkwood Circle, Suite 200
>Atlanta, Georgia 30339
>Telephone: (770) 434-6868
>
>*Attorney for Defendant*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing Notice of Appearance of Counsel has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Frank B. Strickland*
Frank B. Strickland