# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **COMMON CAUSE et al.,** | **CIVIL ACTION FILE** |
|    **Plaintiffs,** | **No. 1:22-CV-00090-ELB-SCJ-SDG** |
| **v.** | **THREE-JUDGE COURT** |
| **BRAD RAFFENSPERGER et al.,** | |
|    **Defendants.** | |

Before BRANCH, Circuit Judge, JONES and GRIMBERG, District Judges.

BY THE COURT:

## SCHEDULING ORDER

Having considered the parties' responses to this Court's Order (Doc. No. 9) requesting a proposed schedule and held a Rule 16 conference, the parties are hereby **ORDERED** to adhere to the following schedule in this matter:

| | |
|---|---|
| **Deadline for amendment to complaint** | **March 30, 2022** |
| **Responses to amended complaint due** | **April 13, 2022** |
| **Fact discovery begins** | **May 13, 2022** |
| **Deadline to complete fact discovery** | **November 23, 2022** |
| **Expert discovery begins** | **December 5, 2022** |

| | |
|---|---|
| **Deadline for Plaintiffs' and Defendants' expert disclosures (reports)** | **December 5, 2022** |
| **Deadline for rebuttal expert disclosures (reports)** | **January 23, 2023** |
| **Deadline to complete expert discovery and close of discovery** | **February 17, 2023** |
| **Deadline to file motions for summary judgment** | **March 20, 2023** |
| **Deadline to file responses to motions for summary judgment** | **April 19, 2023** |
| **Deadline to file replies in support of motions for summary judgment** | **May 3, 2023** |
| **Hearing on motions for summary judgment (if deemed necessary by the Court)** | **To be set by the Court** |
| **Proposed Consolidated Pretrial Order Due (*if applicable*)** | **Due 30 days after the close of discovery or entry of the Court's rulings on the motions for summary judgment** |
| **Deadline to file <u>Daubert</u> motions (*if applicable*)** | **On the last day to submit pretrial order** |
| **Deadline to file motions in limine (*if applicable*)** | **On the last day to submit pretrial order** |
| **Deadline to request amendment to the pretrial order to include amended pretrial stipulations, exhibits, witness lists (*if applicable*)** | **30 days before trial date** |
| **Trial date (*if applicable*)** | **To be set by the Court** |

The parties are encouraged to abide by their previously expressed commitments to coordinate with the parties in all of the redistricting cases (currently pending in the Northern District of Georgia) in terms of discovery, so as to limit redundancies and diminish discovery burdens.

Except as modified herein, the Federal Rules of Civil Procedure and the Local Rules of this Court, shall govern any remaining deadlines.[1]

**IT IS SO ORDERED** this 1st day of February, 2022.

_____

**HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE
for the Court**

_____

[1] The Court recognizes that the record does not currently contain proof of service of process. However, the Court deems it proper to enter a scheduling order in the interest of expediency and efficiency.

3