IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COMMON CAUSE, *et al.*, <br><br>    *Plaintiffs*, <br>v. <br><br>BRAD RAFFENSPERGER, <br><br>    *Defendant*. | CIVIL ACTION <br><br> FILE NO. 1:22-CV-00090-ELB-SCJ-SDG |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Brad Raffensperger, in his official capacity as Secretary of State of Georgia ("Defendant"), moves this Court for summary judgment in his favor pursuant to pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1. As shown by the attached Defendant's Brief in Support of Motion for Summary Judgment, the Exhibits attached to and filed with the Statement of Material Facts accompanying the Brief, and the deposition testimony filed with this Court, there are no material issues of fact in dispute and, as a matter of law, Defendant is entitled to summary judgment on all of Plaintiffs' claims.

WHEREFORE, Defendant respectfully requests that this Court enter summary judgment in his favor and cast all costs against Plaintiffs.

Respectfully submitted this 27th day of March, 2023.

> Christopher M. Carr
> Attorney General
> Georgia Bar No. 112505
> Bryan K. Webb
> Deputy Attorney General
> Georgia Bar No. 743580
> Russell D. Willard
> Senior Assistant Attorney General
> Georgia Bar No. 760280
> Elizabeth Vaughan
> Assistant Attorney General
> Georgia Bar No. 762715
> **State Law Department**
> 40 Capitol Square, S.W.
> Atlanta, Georgia 30334
>
> */s/Bryan P. Tyson*
> Bryan P. Tyson
> Special Assistant Attorney General
> Georgia Bar No. 515411
> btyson@taylorenglish.com
> Frank B. Strickland
> Georgia Bar No. 687600
> fstrickland@taylorenglish.com
> Bryan F. Jacoutot
> Georgia Bar No. 668272
> bjacoutot@taylorenglish.com
> Diane Festin LaRoss
> Georgia Bar No. 430830
> dlaross@taylorenglish.com
> Donald P. Boyle, Jr.
> Georgia Bar No. 073519
> dboyle@taylorenglish.com
> Daniel H. Weigel
> Georgia Bar No. 956419
> dweigel@taylorenglish.com
> **Taylor English Duma LLP**

2

3

1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for Defendant*

4

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Motion has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson
