# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cv-00090-SCJ-SDG-ELB
### Common Cause et al v. Raffensperger
### Hon. Elizabeth L. Branch, Hon. Steve C. Jones,
### Hon. Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 05/30/2023.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:40 A.M.     COURT REPORTER: Alicia Bagley
TIME IN COURT: 00:50     DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Jack Genberg representing Common Cause |
| | Bryan Jacoutot representing Brad Raffensperger |
| | Diane LaRoss representing Brad Raffensperger |
| | Cassandra Love-Olivo representing Common Cause |
| | Courtney O'Donnell representing Common Cause |
| | Neil Steiner representing Common Cause |
| | Frank Strickland representing Brad Raffensperger |
| | Daniel Weigel representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [92]Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Hearing held on Defendants' Motion for Summary Judgment [92] (together with argument in 1:21-cv-5338-SCJ-SDG-ELB.) Oral argument heard before three-judge panel. The matter was taken under advisement by the Court, with ruling to follow in due course. |
| HEARING STATUS: | Hearing Concluded |