UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, et al., | |
| Plaintiffs, | CIVIL ACTION FILE NO. |
| v. | 1:21-CV-5338-SCJ-SDG-ELB |
| STATE OF GEORGIA, et al., | |
| Defendants. | |
| COMMON CAUSE, et al., | |
| Plaintiffs, | CIVIL ACTION FILE NO. |
| v. | 1:22-CV-0090-SCJ-SDG-ELB |
| BRAD RAFFENSPERGER, | |
| Defendant. | |

## COURT'S NOTICE OF FILING

By direction of the Court, the attached series of slides presented to the Court by counsel for Defendants during oral argument held May 30, 2023 shall be made part of the record in the above-entitled civil actions.

This 31st day of May, 2023.

KEVIN P. WEIMER, CLERK
By: s/Pamela Wright
Pamela Wright
Courtroom Deputy Clerk for
Judge Steve C. Jones
(404)215-1284