# Defendants' Motions for Summary Judgment

*Common Cause v. Raffensperger*

*Ga. State Conf. of the NAACP v. State of Georgia*



taylor | english
the purpose-built law firm®

THE ELECTION LAW GROUP
ACCOUNTABILITY, INTEGRITY, AND ACCURACY IN ELECTIONS

# What does the law require the legislature to do?

- "[F]ederal courts are bound to respect the States' apportionment choices unless those choices contravene federal requirements." *Voinovich v. Quilter*, 507 U.S. 146, 156 (1993).

- **Draw more based on race? (*APA/Grant/Pendergrass*)**

- **Draw less based on race? (*Ga. NAACP/Common Cause*)**

- **Draw more coalition districts and fewer majority-Black districts? (*Ga. NAACP*)**

2

# Shaw/Miller versus 2021 Georgia Congressional Districts




Enacted

Duchin Report, p. 11

3

# Racial v. Political County Splits



Figure 34: Minutely race-conscious decisions are evident along the boundary of CD 2 and CD 8 in Bibb County.

Duchin Report, page 72

| County | District | BVAP | BHVAP |
|---|---|---|---|
| Bibb | CD 2 | .6349 | .6710 |
| | CD 8 | .3098 | .3394 |

Duchin Report, page 101

## C  Splits of geographical units

| County | CD | TOTPOP | VAP | BVAP | BHVAP | Biden20 | Abrams18 |
|---|---|---|---|---|---|---|---|
| Bibb | 2 | 108371 | 82489 | 0.6349 | 0.6710 | 0.7139 | 0.7250 |
| Bibb | 8 | 48975 | 38413 | 0.3098 | 0.3394 | 0.4596 | 0.4202 |
| Cherokee | 6 | 40881 | 31202 | 0.0204 | 0.0814 | 0.2172 | 0.1862 |

4

# Legislative Plans

### 10.2.2 State Senate

Similarly, numerous counties are split into unnecessarily many pieces in the Senate plan. Fourteen counties have at least a 20-point disparity in the BHVAP across the splits: Fulton (10 pieces), Gwinnett (9 pieces), DeKalb (7 pieces), Cobb (6 pieces), Bibb, Chatham, Douglas, and Houston (3 pieces each), and Newton, Clarke, Hall, Muscogee, Fayette, and Richmond (2 pieces each). Thirteen state precincts are split with a significant racial disparity between the pieces placed in different districts.

Duchin Report, page 77

### 10.2.3 State House

In the enacted House plan, thirty counties are fractured in a racially sorted way. Besides the large counties that take the brunt of the splitting—Fulton (22 pieces), Gwinnett (21 piecees), DeKalb (17 pieces), Cobb (14 pieces)—there are also Chatham, Henry, Muscogee, Richmond, Hall, Paulding, Houston, Bibb, Coweta, Douglas, Fayette, Lowndes, Newton, Whitfield, Floyd, Rockdale, Carroll, Dougherty, Troup, Thomas, Tift, Peach, Gradie, McDuffie, Lamar, and Telfair, each with 2-7 pieces.

A striking number of state precincts—47 of them—are split with a heavy racial disparity across the division. In the case of dividing up state precincts, legislators can't use cast votes to choose a splitting optimized for partisan performance, so racially distinctive precinct splits provide particularly strong evidence that race has predominated over other principles in the creation of the map.

Duchin Report, page 79

5

# Partisan v. Racial Analysis Plans



Duchin Rebuttal Report, page 12

6

Traditional multi-member (at-large) Section 2 case

Five members



80% white population

54% Black population

7

Traditional multi-member (at-large) Section 2 case

Solution: Five members elected in single-member districts



8

# Multi-member v. single-member challenges

"If the three *Gingles* factors may not be isolated as sufficient, standing alone, to prove dilution in every **multimember district challenge**, *a fortiori* they must not be **when the challenge goes to a series of single-member districts, where dilution may be more difficult to grasp.** Plaintiffs challenging single-member districts may claim, not total submergence, but partial submergence; not the chance for some electoral success in place of none, but **the chance for more success in place of some**."

*Johnson v. De Grandy*, 512 U.S. 997, 1012-13, (1994).

# Legal Standard: Section 2

| Is there a "denial or abridgement of the right of any citizen of the United States to vote on account of race or color"? | | | | |
|---|---|---|---|---|
| *Gingles* 1 | Minority group | Is sufficiently large and geographically compact | Constitute a majority | In a single-member district |
| *Gingles* 2 | Minority group | Is politically cohesive | | |
| *Gingles* 3 | Sufficient racial bloc voting exists | Such that the white majority | Usually defeats | The minority's preferred candidate |
| **Totality of the circumstances** | | | | |
| | History of discrimination | Racially polarized voting | Discriminatory voting practices | Candidate slating |
| | Effects of discrimination | Racial appeals in campaigns | Elected minority candidates | Lack of responsiveness |
| | Justification is tenuous | | | |

# Duchin Congressional



Duchin Report, page 11

# Duchin Legislative

| HD | HD Atlanta Enacted | | | | | | HD Alt 1 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Black VAP | Hisp VAP | BH VAP | White VAP | Polsby Popper | Reock | Black VAP | Hisp VAP | BH VAP | White VAP | Polsby Popper | Reock |
| 61 | 74.3% | 7.6% | 81.9% | 16.8% | 0.198 | 0.247 | 50.1% | 10.0% | 60.1% | 37.1% | 0.229 | 0.265 |
| 64 | 30.7% | 7.4% | 38.1% | 57.8% | 0.361 | 0.365 | 50.9% | 6.5% | 57.4% | 40.0% | 0.132 | 0.263 |
| 65 | 62.0% | 4.5% | 66.5% | 31.5% | 0.172 | 0.454 | 81.7% | 4.7% | 86.4% | 12.5% | 0.222 | 0.350 |
| 66 | 53.4% | 9.5% | 62.9% | 33.9% | 0.246 | 0.356 | 51.0% | 9.0% | 60.0% | 36.2% | 0.256 | 0.386 |
| 67 | 58.9% | 7.8% | 66.7% | 30.9% | 0.122 | 0.357 | 89.9% | 5.4% | 95.3% | 4.4% | 0.195 | 0.515 |
| 68 | 55.7% | 6.3% | 62.0% | 33.9% | 0.172 | 0.318 | 13.7% | 6.6% | 20.3% | 71.5% | 0.310 | 0.518 |
| 69 | 63.6% | 5.4% | 69.0% | 26.9% | 0.247 | 0.403 | 51.9% | 8.8% | 60.7% | 34.0% | 0.339 | 0.409 |
| 71 | 19.9% | 6.2% | 26.1% | 69.8% | 0.352 | 0.441 | 19.9% | 6.2% | 26.1% | 69.8% | 0.350 | 0.441 |
| 73 | 12.1% | 7.0% | 19.1% | 72.6% | 0.198 | 0.278 | 11.8% | 6.4% | 18.2% | 75.9% | 0.335 | 0.417 |
| 74 | 25.5% | 5.6% | 31.1% | 64.4% | 0.247 | 0.496 | 50.8% | 6.9% | 57.7% | 39.7% | 0.205 | 0.461 |
| 75 | 74.4% | 11.3% | 85.7% | 11.3% | 0.285 | 0.420 | 54.2% | 7.7% | 61.9% | 34.1% | 0.133 | 0.230 |
| 76 | 67.2% | 13.2% | 80.4% | 10.5% | 0.509 | 0.524 | 61.6% | 20.0% | 81.6% | 11.2% | 0.460 | 0.409 |
| 77 | 76.1% | 12.2% | 88.3% | 7.6% | 0.211 | 0.390 | 89.6% | 5.0% | 94.6% | 3.5% | 0.211 | 0.292 |
| 78 | 71.6% | 8.9% | 80.5% | 15.0% | 0.194 | 0.210 | 64.2% | 11.3% | 75.5% | 15.4% | 0.256 | 0.414 |
| 79 | 71.6% | 16.0% | 87.6% | 7.1% | 0.209 | 0.498 | 73.3% | 14.6% | 87.9% | 8.0% | 0.370 | 0.444 |
| 90 | 58.5% | 4.3% | 62.8% | 34.0% | 0.286 | 0.359 | 58.5% | 4.3% | 62.8% | 34.0% | 0.286 | 0.359 |
| 91 | 70.0% | 5.9% | 75.9% | 22.0% | 0.202 | 0.447 | 50.3% | 5.2% | 55.5% | 40.7% | 0.245 | 0.384 |
| 92 | 68.8% | 4.7% | 73.5% | 24.1% | 0.198 | 0.360 | 87.6% | 3.5% | 91.1% | 8.3% | 0.260 | 0.543 |
| 93 | 65.4% | 9.6% | 75.0% | 22.9% | 0.112 | 0.260 | 62.1% | 10.4% | 72.5% | 25.4% | 0.160 | 0.232 |
| 112 | 19.2% | 3.3% | 22.5% | 73.7% | 0.522 | 0.619 | 19.2% | 3.3% | 22.5% | 73.7% | 0.522 | 0.619 |
| 113 | 59.5% | 6.7% | 66.2% | 31.8% | 0.318 | 0.501 | 51.0% | 5.1% | 56.1% | 41.2% | 0.338 | 0.425 |
| 114 | 24.7% | 3.7% | 28.4% | 68.8% | 0.283 | 0.502 | 32.8% | 4.4% | 37.2% | 60.3% | 0.267 | 0.438 |
| 115 | 52.1% | 7.0% | 59.1% | 36.9% | 0.226 | 0.436 | 50.2% | 6.0% | 56.2% | 38.6% | 0.193 | 0.282 |
| 116 | 58.1% | 7.3% | 65.4% | 27.2% | 0.280 | 0.407 | 54.8% | 8.0% | 62.8% | 29.6% | 0.333 | 0.478 |
| 117 | 36.6% | 5.4% | 42.0% | 54.5% | 0.275 | 0.408 | 51.0% | 7.2% | 58.2% | 39.0% | 0.409 | 0.511 |
| Avg | | | | | 0.257 | 0.402 | | | | | 0.281 | 0.403 |

Table 17: In HD Atlanta, the enacted plan has 10 county splits and 2221 cut edges. Alt 1 maintains 10 county splits and improves to 1988 cut edges.

Duchin Report, page 34

12

# Duchin Legislative

|     | SD Atlanta Enacted | | | | | | SD Alt 2 | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| SD | Black VAP | Hisp VAP | BH VAP | White VAP | Polsby Popper | Reock | Black VAP | Hisp VAP | BH VAP | White VAP | Polsby Popper | Reock |
| 6 | 23.9% | 8.2% | 32.1% | 57.8% | 0.236 | 0.405 | 28.0% | 14.9% | 42.9% | 46.7% | 0.256 | 0.477 |
| 10 | 71.5% | 5.2% | 76.7% | 19.6% | 0.231 | 0.281 | 59.7% | 9.8% | 69.5% | 23.3% | 0.307 | 0.416 |
| 16 | 22.7% | 5.0% | 27.7% | 66.9% | 0.314 | 0.368 | 48.4% | 6.1% | 54.5% | 42.4% | 0.258 | 0.366 |
| 28 | 19.5% | 6.4% | 25.9% | 69.4% | 0.246 | 0.445 | 15.8% | 6.1% | 21.9% | 72.8% | 0.347 | 0.371 |
| 30 | 20.9% | 6.1% | 27.0% | 69.4% | 0.407 | 0.597 | 15.7% | 6.6% | 22.3% | 74.2% | 0.473 | 0.508 |
| 31 | 20.7% | 7.4% | 28.1% | 68.3% | 0.379 | 0.366 | 25.9% | 6.7% | 32.6% | 63.6% | 0.591 | 0.636 |
| 33 | 43.0% | 22.9% | 65.9% | 30.2% | 0.215 | 0.401 | 50.6% | 18.2% | 68.8% | 27.4% | 0.224 | 0.463 |
| 34 | 69.5% | 12.7% | 82.2% | 13.4% | 0.335 | 0.451 | 54.4% | 11.9% | 66.3% | 27.9% | 0.246 | 0.381 |
| 35 | 71.9% | 7.5% | 79.4% | 18.8% | 0.263 | 0.472 | 60.9% | 7.5% | 68.4% | 29.3% | 0.206 | 0.490 |
| 36 | 51.3% | 7.1% | 58.4% | 36.2% | 0.305 | 0.321 | 54.0% | 6.8% | 60.8% | 33.6% | 0.263 | 0.466 |
| 38 | 65.3% | 8.4% | 73.7% | 21.9% | 0.208 | 0.361 | 51.0% | 5.6% | 56.6% | 37.6% | 0.154 | 0.260 |
| 39 | 60.7% | 5.6% | 66.3% | 27.9% | 0.128 | 0.166 | 86.5% | 5.5% | 92.0% | 7.0% | 0.118 | 0.271 |
| 42 | 30.8% | 8.6% | 39.4% | 51.4% | 0.321 | 0.479 |  | 10.7% | 27.7% | 61.4% | 0.144 | 0.282 |
| 44 | 71.3% | 8.6% | 79.9% | 15.3% | 0.185 | 0.180 | 76.3% | 3.2% | 79.5% | 18.7% | 0.374 | 0.456 |
| Avg |  |  |  |  | 0.270 | 0.378 |  |  |  |  | 0.283 | 0.417 |

Table 13: SD Atlanta Alt 2 splits 6 counties within the cluster and has just 1985 cut edges, better than the enacted plan's 7 and 2197, while also improving on both contour-based compactness scores.

Duchin Report, page 27

13

# Dr. Schneer's Data

Statewide elections examined

(Black/Minority candidate indicated with asterisk)



*Wright v. Sumter Co.*

979 F. 3d 1282, 1292

| May 20, 2014 Elections | | | |
|---|---|---|---|
| **District One** | | | |
| **Candidate** | **Overall Support** | **White Support** | **Black Support** |
| Alice Green* | 52.8% | 15.0% | 94.2% |
| E. Lockhart | 11.6% | 21.2% | 1.2% |
| Allen Smith | 35.4% | 66.8% | 1.1% |
| **District Two** | | | |
| [**14] **Candidate** | **Overall Support** | **White Support** | **Black Support** |
| Everette Byrd | 28.9% | 30.1% | 23.3% |
| Meda Krenson | 48.7% | 59.0% | 0.0% |
| Sarah Pride* | 22.2% | 5.8% | 99.3% |
| **District Three** | | | |
| **Candidate** | **Overall Support** | **White Support** | **Black Support** |
| W. Fitzpatrick* | 30.5% | 4.6% | 92.3% |
| J.C. Reid | 69.4% | 95.0% | 8.5% |
| **District Four** | | | |
| **Candidate** | **Overall Support** | **White Support** | **Black Support** |
| Rick Barnes | 54.4% | 54.7% | 53.9% |
| Gary Houston | 45.5% | 44.9% | 46.6% |
| **District Five** | | | |

# Data Comparison

## Partisan Polarization vs. Racial Polarization



**Dr. Schneer's Data**                     *Wright v. Sumter Co.*

In *Hall*, a panel of this court recognized that "the *Gingles* majority did not … limit the manner in which the [second and third] factors may be proven [and that] the totality of the circumstances surrounding a § 2 claim may properly be considered when determining whether plaintiffs have established the [those two] *Gingles* preconditions."

Nipper v. Smith, 39 F.3d 1494, 1512, n. 37 (11th Cir. 1994) (en banc), quoting Hall v. Holder, 955 F.2d 1563, 1568 (11th Cir.1992)



Bryan P. Tyson

404-219-3160

btyson@TheElectionLawyers.com

btyson@taylorenglish.com