# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF GEORGIA, et al.<br><br>*Defendants*. | Case No. 1:21-CV-5338- ELB-SCJ-SDG |
| COMMON CAUSE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER<br><br>*Defendant*. | Case No. 1:22-CV-00090- ELB-SCJ-SDG |

**ORDER GRANTING COMMON CAUSE'S UNOPPOSED MOTION TO SEAL SELECT PORTIONS OF SUPPLEMENTAL DECLARATION SUBMITTED IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiff Common Cause's Unopposed Motion to Seal Select Portions of the Supplemental Declaration of Treaunna Dennis, Submitted in Opposition to Defendant's Motion for Summary Judgment, the following is hereby ordered:

1. Plaintiff Common Cause's Motion is **GRANTED**.

1

2. The Clerk is directed to file under seal the Supplemental Declaration of Plaintiff Common Cause's Corporate Representative, Treaunna Dennis, dated May 26, 2023.

3. The Clerk is directed to maintain these records under seal.

**IT IS SO ORDERED on this 21st day of June, 2023.**

                                                                s/Steve C. Jones
                                                                Hon. Steve C. Jones
                                                                United States District Court Judge